**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Johnny N. Gregg, Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2020-001491

Appeal From Florence County
D. Craig Brown, Circuit Court Judge

Unpublished Opinion No. 2022-UP-342
Submitted August 11, 2022 – Filed August 17, 2022

**APPEAL DISMISSED**

Appellate Defender Taylor Davis Gilliam, of Columbia, for Petitioner.

Attorney General Alan McCrory Wilson and Assistant Attorney General D. Russell Barlow, II, both of Columbia, for Respondent.

**PER CURIAM:** Petitioner seeks a writ of certiorari from the denial of his application for post-conviction relief (PCR). Because there is sufficient evidence to support the PCR court's finding that Petitioner did not knowingly and intelligently waive his right to a direct appeal, we grant certiorari on Petitioner's

Question One pursuant to *White v. State*, 263 S.C. 110, 208 S.E.2d 35 (1974), and proceed with our review of the direct appeal pursuant to *Anders v. California*, 386 U.S. 738 (1967). We deny certiorari on Petitioner's Question Two.

After review pursuant to *Anders v. California*, 386 U.S. 738 (1967), this appeal is dismissed.  Counsel's motion to be relieved as counsel for the direct appeal is granted.

**APPEAL DISMISSED.**[1]

**WILLIAMS, C.J., THOMAS, J., and LOCKEMY, A.J., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.